MN,ND-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

**Unclaimed Dividends and/or**
**Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:   Steven Lee Mittelstaedt

Chapter 7

Case No. 06-30485

Please Check One:

____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Eastlund, Solstad, Cade & Hutchinson, Ltd. for Thoroughbred Carpets 4200 County Road 42 West Savage, MN 55378 | 5 | $927.98 | $4.81 |

Date: February 22, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475